IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:25-mc-00211

In re:

The Application of Veronica Victorero
for an Order to Take Discovery
Pursuant to 28 U.S.C. § 1782
_____/

**ORDER GRANTING EX PARTE APPLICATION <u>FOR</u>**
**<u>DISCOVERY PURSUANT TO 28 U.S.C. § 1782</u>**

THIS CAUSE came before the Court on May 9, 2025, on an *Ex Parte* Application For Discovery Pursuant to 28 U.S.C. § 1782 (the "Application") by Applicant Veronica Victorero (the "Applicant"). Having reviewed the Application, its supporting Memorandum of Law, and the Declaration of Guillermo Jorge, Esq., filed contemporaneously, the Court is satisfied that the requested discovery is warranted under 28 U.S.C. § 1782 and the Application is GRANTED.

Accordingly, it is hereby ORDERED and ADJUDGED that:

1. Monica Amador Esq., counsel for the Applicant, is authorized to issue and serve a subpoena upon:

    a) Clearing House Payments Company L.L.C. ("CHIPS"), headquartered in New York. The documents sought relate to any accounts, payments, transfers, transactions and financial services rendered or related to Carlos Gustavo Bercovich, Etretat LLC, Casafoust LLC or Vilnas LLC, in CHIPS' possession, custody, or control, and on any other financial institution within the jurisdiction of this Court, which CHIPS transferred funds from or to, and documents related to those accounts and transfers.

2. A copy of this Order shall be served with each discovery demand; and

3. The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order, as appropriate, and assessing any supplemental request for discovery assistance by the Applicant.

4. The grant of the Application is without prejudice to a challenge to the subpoenas, including their scope, and potential reconsideration of the application of the § 1782 factors. *See Gushlak v. Gushlak*, 486 F. App'x 215, 217 (2d Cir. 2012) (summary order).

5/16/25

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge